[No. 5454-1. Division One. October 16, 1978.]

*In the Matter of the Marriage of* STEPHANIE LITTLEFIELD, *Appellant, and* JAMES E. LITTLEFIELD, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D-86321, Robert C. Bibb, J., entered March 2, 1977. *Affirmed* by unpublished opinion per Callow, J., concurred in by Reed and Dore, JJ.

[No. 5496-1. Division One. October 16, 1978.]

THE STATE OF WASHINGTON, *on the Relation of James F. Nugent, Jr., Appellant,* v. BILL LEWIS, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 824084, Eugene G. Cushing, J., entered March 28, 1977. *Affirmed* by unpublished opinion per Ringold, J., concurred in by James and Williams, JJ.

[No. 5705-1. Division One. October 16, 1978.]

HAROLD N. LEARNED, *Respondent,* v. MERIDIAN VALLEY ASSOCIATES, *Defendant,* MERIDIAN VALLEY MAINTENANCE ASSOCIATION, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 821872, Erle W. Horswill, J., entered May 27, 1977. *Reversed* by unpublished opinion per Callow, J., concurred in by Farris, C.J., and Ringold, J.